**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GOOD L CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:18-cv-00489** |
| | ) | **Judge William L. Campbell, Jr.** |
| **FASTENERS FOR RETAIL, INC. d/b/a** | ) | **Magistrate Judge Jeffery S. Frensley** |
| **FFR MERCHANDISING, INC.,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING**

Defendant Fasteners for Retail, Inc. d/b/a FFR Merchandising, Inc., by and through counsel, hereby gives notice as to the filing of the following exhibits in support of Defendant's Motion to Dismiss for Failure to State a Claim. The exhibits, with descriptions, are attached hereto as follows:

**<u>EXHIBITS</u>**

A. United States Trademark Application No. 77/067,039;

B. November 20, 2007 Office Action issued against U.S. Trademark Application No. 77/067,039;

C. June 12, 2008 Office Action issued against U.S. Trademark Application No. 77/067,039;

D. May 27, 2010 Office Action U.S. Trademark Application No. 77/067,039;

E. Notice of Abandonment for U.S. Trademark Application No. 77/067,039;

F. United States Trademark Application No. 85/913,599;

G. United States Trademark Application No. 85/917,644;

H. November 1, 2013 Office Action issued against U.S. Trademark Application No. 85/913,599;

I. October 2, 2014 Office Action issued against U.S. Trademark Application No. 85/913,599;

J. September 10, 2013 Office Action issued against U.S. Trademark Application No. 85/917,644;

K. Notice of Abandonment for U.S. Trademark Application No. 85/913,599;

L. Notice of Abandonment for U.S. Trademark Application No. 85/917,644;

M. TESS Page for U.S. App. No. 75/673,002 filed April 2, 1999;

N. U.S. App. No. 75/723,157 filed June 7, 1999;

O. U.S. App. No. 75/769,902 filed August 9, 1999;

P. TESS Page for U.S. App. No. 75/462,773 filed April 6, 1998;

Q. TSDR Status Page for U.S. App. No. 75/673,002;

R. TSDR Status Page for U.S. App. No. 75/723,157;

S. TSDR Status Page for U.S. App. No. 75/769,902; and

T. TSDR Status Page for U.S. App. No. 75/462,773.

**OTHER MATERIALS**

Also attached hereto is 2 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 12:34 (5th ed.).

Respectfully submitted,

/s/ William B. Berndt

William B. Berndt, *pro hac vice*
**HONIGMAN, MILLER, SCHWARTZ & COHN LLP**
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9376 Telephone
(312) 701-9335 Facsimile
wberndt@honigman.com

Mary A. Hyde, *pro hac vice*
**HONIGMAN, MILLER, SCHWARTZ & COHN LLP**
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108-3330
(734) 773-4858 Telephone
(734) 773-4859 Facsimile
mhyde@honigman.com

and

Stephen J. Zralek, BPR No. 18971
**BONE MCALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6305 Telephone
(615) 687-2763 Facsimile
szralek@bonelaw.com

*Counsel for Defendant, Fasteners for Retail, Inc.*
*d/b/a FFR Merchandising, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document, on July 18, 2018, via ECF, on:

Edward D. Lanquist, Jr., Esq.
Scott McLean Douglass, Esq.
**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**
1600 Division Street
Nashville, TN 37203
edl@iplawgroup.com
smd@iplawgroup.com

*Counsel for Plaintiff*

/s/ Stephen J. Zralek